NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

PANDUIT CORPORATION,
*Appellant,*

v.

DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,
*Appellee,*

AND

ADC TELECOMMUNICATIONS,
*Cross Appellant.*

---

2012-1437, -1438
(Reexamination No. 95/000,413)

---

Appeals from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

ON MOTION

---

ORDER

PANDUIT CORPORATION v. KAPPOS                                         2

The Director of the United States Patent and Trademark Office moves without opposition to set the due date for his brief 40 days after the service of ADC Telecommunications' brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                        FOR THE COURT


OCT 0 1 2012                            /s/ Jan Horbaly
_____                         _____
Date                                    Jan Horbaly
                                        Clerk

cc:  James Oliff, Esq.
     Raymond T. Chen, Esq.
     Timothy A. Lindquist, Esq.

s26